# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KARKEHABADI,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>Respondent. | Case No. 8:16-cv-01854-JLS-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge ("R&R").

The Court also has reviewed Petitioner's objections to the Report and Recommendation, which were filed untimely on June 17, 2019. ("Objections," ECF No. 58.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which Petitioner specifically has objected. The Objections reiterate arguments made in Petitioner's substantive briefs (*see generally* ECF Nos. 1, 1-2, 55), and they lack merit for the reasons set forth in the R&R. The Court finds no defect of law, fact, or logic in the R&R. The Court concurs with and accepts the findings, conclusions, and

recommendations of the United States Magistrate Judge, and overrules the Objections.

    IT IS THEREFORE ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: August 15, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE