# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KARKEHABADI,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>Respondent. | Case No. 8:16-cv-01854-JLS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 15, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE